**Order entered October 23, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00706-CV

### SAMUEL T. RUSSELL, Appellant

### V.

### DALLAS INDEPENDENT SCHOOL DISTRICT DALLAS COUNTY, TX, Appellee

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-02493**

## ORDER

The reporter's record in this case is overdue. By letter dated October 4, 2019, we informed appellant that the court reporter notified us that the reporter's record had not been filed because appellant had not (1) requested the record; or (2) paid for or made arrangements to pay for the record.

We directed appellant to provide the Court with written verification showing the reporter's record had been requested and that appellant had paid for or made arrangements to pay for the record or had been found entitled to proceed without payment of costs. We cautioned appellant that failure to provide the required documentation within ten days might result in the appeal being ordered submitted without the reporter's record.

By letter dated October 14, 2019, appellant responded and notified the Court that he had requested the reporter's record but had not paid for the record because he had not been notified of the cost. Appellant also notified the Court he has determined to proceed without the reporter's record.

Accordingly, we **ORDER** this appeal submitted without a reporter's record. Appellant's brief is due **THIRTY DAYS** from the date of this order.

/s/    BILL WHITEHILL
        JUSTICE